**FILED**
Thursday, 22 July, 2004  10:58:50 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

|   |   |
|---|---|
| **ROBERT HANSEN and DONNA HANSEN,**   Plaintiffs,   v.   **ROBERT CANNON and SERGEANT AUTERMAN, individually and as Deputy Sheriffs for Vermilion County, Illinois; CHARLES WOLFE, individually and as Police Chief for the Village of Tilton; and CONRAD WANTLAND, individually and as Mayor of the Village of Tilton, Illinois,**   Defendants. | Case No. 03-CV-2073 |

## ORDER

On April 5, 2004, this court entered an Order (#204) and granted summary judgment in favor of Defendants. Judgment was then entered in favor of Defendants (#205). On April 30, 2004, Plaintiffs, Robert and Donna Hansen, filed a Notice of Appeal (#211) and appealed from this court's summary judgment Order.

On July 21, 2004, Plaintiffs filed a Motion to Include Deposition Transcripts (#232) as part of the record on appeal. Plaintiffs requested that the deposition transcripts of Defendants, Rick Woodard, and Steve Cornell be included in the record on appeal. This court's records show that the only depositions filed in this case were the depositions of Robert and Donna Hansen and the deposition of Rick Woodard. These depositions were filed as exhibits with the Defendants' summary judgment motions. As such, these depositions should already be part of the record on appeal. The depositions of Defendants and Steve Cornell were not filed in this court, and were not considered by this court in ruling on Defendants' motions for summary judgment.

IT IS THEREFORE ORDERED THAT Plaintiffs' Motion to Include Deposition Transcripts (#232) is DENIED.

ENTERED this 22nd day of July, 2004

**s/Michael P. McCuskey**
MICHAEL P. McCUSKEY
U. S. DISTRICT JUDGE