**FILED**
Thursday, 12 August, 2004 01:58:18 PM
Clerk, U.S. District Court, ILCD



# United States District Court
### Central District of Illinois

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

August 12, 2004

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: HANSEN ET AL v. CANNON ET AL
        D. C. Docket No. 03-2073
        U. S. C. A. Docket No. 04-2161

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

    3 Volumes of Pleadings

      Volumes of Transcript

      Volumes of Depositions

      Volumes of Exhibits:

      Impounded Exhibits:

      Other (specify):

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        JOHN M. WATERS, CLERK

        BY:_____
            Deputy Clerk