E-FILED
Friday, 03 September, 2004  09:30:02 AM
Clerk, U.S. District Court, ILCD

**FILED**

SEP 0 2 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

IN THE DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| Robert Hansen and Donna Hansen,<br>    Plaintiffs<br>Vs.<br>Robert Cannon and Sergeant Auterman, individually and as Deputy sheriffs for Vermilion County, Illinois; Charles Wolfe individually and as Police Chief for the Village of Tilton; Illinois<br><br>    Defendants | Case Number  03 CV 2073<br><br>NOTICE OF APPEAL |

## NOTICE OF APPEAL

Notice is hereby given that Robert Hansen and Donna Hansen, all Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgement entered in this action on the 28th day of June, 2004. ( Bill of Cost ) On the 4th day of August, 2004. The Court Denied our request to Reconsider Bill of Cost.

Respectfully submitted,

*[signature]*
Robert Hansen, Plaintiff

*[signature]* Donna Hansen
Donna Hansen, Plaintiff

*Leah Marx 9/2/04*

OFFICIAL SEAL
LEAH MARX
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/06/08

## CERTIFICATE OF SERVICE

The Undersigned certifies that a copy of the foregoing Motion to Extend Time to file Brief was served upon:

William W. Kurnik
Knight, Hoppe, Kurnik, & Knight, LLC
2860 River Road, Suite 400
Des Plaines, IL 60018

John F. Martin
Meachum & Martin
110 N. Vermilion Street
Danville, IL 61832

by enclosing same in an envelope so addressed, with postage fully prepaid and by depositing in a U.S. Post Office Mail Box in Danville, Illinois on the 2nd day of September, 2004.

Robert Hansen Pro Se

Donna Hansen Pro Se

Leah Marx 9/2/04

OFFICIAL SEAL
LEAH MARX
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/06/08