E-FILED
Friday, 03 September, 2004  09:41:52 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
Urbana, Illinois
On appeal to
UNITED STATES COURT OF APPEAL
FOR THE SEVENTH CIRCUIT

FILED
SEP 0 2 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | |
|---|---|
| ROBERT HANSEN and DONNA HANSEN, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. O3CV 2073 ) |
| ROBERT CANNON, Sergeant AUTERMAN, CONRAD WANTLAND< et al | ) Appeal _____ ) ) ) |
| Defendants. | |

## APPELLANT'S DOCKETING STATEMENT

Plaintiffs / Appellants:    Robert Hansen
                            Donna Hansen
                            210 W. 3rd
                            Tilton, IL 61833


Defendants / Appellees:     Robert Cannon
                            Sergeant Daniel Auterman
                            C / o Knight, Hoppe, Fannning and Kurnik
                            2860 River Road, Suite 400
                            Des Plaines, IL 60018

                            Conrad Wantland
                            Charles Wolfe
                            C / o John Martin
                            110 N. Vermilion
                            Danville, IL 61832

                                        Defendants are being sued in their offical and individual capacities

Jurisdictional Statement:

    1. District Court: Jurisdiction in the District Court is pursuant to 28 U.S.C. 1983 and the 4th, 5th, and 14th Amendments to the United States Constitution and 28 U.S.C. 1367.

    2. Appellate jurisdiction: The Seventh Circuit Court of Appeals has jurisdiction of this appeal under 28 U.S.C. 1291 as an appeals from judgment of the District Court for the Central District of Illinois.

        1. Date of Judgment appeal from: 6/28/04

        11, III. Post Judgment Motions: motion to reconsider denied August 4, 2004.

    3. Prior Appeals: This case was previously appealed in o1-3076 from a prior Court and summary judgment the issue of qualified immunity and was reversed and remanded by remanded by this Court and summary judgment is on appeal in 04-2161.

Respectfully submitted,

                                                      Robert Hansen Pro Se

                                                      Donna Hansen Pro Se   Leah Marx 9/2/04

## CERTIFICATE OF SERVICE

OFFICIAL SEAL
LEAH MARX
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/06/08

    The undersigned, one of the plaintiffs of record herein, hereby certifies that a copy of the Original were mailed to the Defendants attorney of record on the 2 Day of September, 2004. A copy was sent by U. S. Mail by placing same in a mail box out side the U. S. Post Office in Danville, IL, with postage fully paid.

Copies To:

John F. Martin
110 N. Vermilion

Danville, IL 61832

Knight Hoppe, Kurnik & Knight, LLC
2860 River Road
Suite 400
Des Plaines, IL 60018

*[signature]*
Robert Hansen
210 W. 3rd
Tilton, IL 61833

Subscribed and sworn to before me __2__ this day of __Sept__ 2004.

*[signature]* Leah Marx
Notary Public

OFFICIAL SEAL
LEAH MARX
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/06/08