E-FILED
Friday, 03 September, 2004   09:44:24 AM
Clerk, U.S. District Court, ILCD

IN THE DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

FILED

SEP 0 2 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Robert Hansen and )
Donna Hansen, )
          Plaintiffs )
       Vs. )   Case Number   03 CV 2073
Robert Cannon and Sergeant Auterman, )
individually and as Deputy sheriffs for )
Vermilion County, Illinois; Charles )
Wolfe individually and as Police )
Chief for the Village of Tilton; Illinois )
)
          Defendants )

## MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

Now come Robert Hansen and Donna Hansen and ask the Court to allow plaintiffs to file Appeal under Forma Pauperis and in support of state as follows:

1. The Plaintiffs are on able pay because of action taken which brought this case before the court in the first place.

2. After actions taken by defendants in this case plaintiffs were left with only the clothes on their backs.

3. See Affidavit in Support of Motion.

Respectfully submitted,

*Robert Hansen*
Robert Hansen Pro SE

*Donna Hansen*
Donna Hansen Pro SE

# CERTIFICATE OF SERVICE

The undersigned, one of the plaintiffs of record herein, hereby certifies that a copy of the Original were mailed to the Defendants attorney of record on the 2nd Day of September, 2004. The same Day it was filed with the Court, sent by U. S. Mail by placing same in a mail box out side the U. S. Post Office in Danville, IL, with postage fully paid.

Copies To:

John F. Martin
110 N. Vermilion
Danville, IL 61832


Knight Hoppe, Kurnik & Knight, LLC
2860 River Road
Suite 400
Des Plaines, IL 60018

*Robert Hansen*
Robert Hansen
210 W. 3rd
Tilton, IL 61833

Subscribed and sworn to before me on the 2nd day of September, 2004

*Leah Marx*
Notary Public

OFFICIAL SEAL
LEAH MARX
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/06/08