E-FILED
Friday, 03 September, 2004   09:45:48 AM
Clerk, U.S. District Court, ILCD

FILED
SEP 0 2 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

IN THE DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Robert Hansen and )
Donna Hansen, )
    Plaintiffs )
  Vs. ) Case Number 03 CV 2073
Robert Cannon and Sergeant Auterman, )
individually and as Deputy sheriffs for )
Vermilion County, Illinois; Charles )
Wolfe individually and as Police )
Chief for the Village of Tilton; Illinois )
)
    Defendants )

### AFFIDAVIT

We, Robert Hansen and Donna Hansen, Both living in Vermilion County, in The State of Illinois, being duly sworn, on oath deposes and says:

1. That the Court has already been given information as to judgments, and damage to our home. The damage was supported by FEMA, SBA.

2. Because of the action taken by the defendants in this case, plaintiffs were left with only the clothes that they were wearing, no medicine, food, cooking ware, beds or anything else that you would have in a home.

3. Plaintiffs debt is that at the end of this month they will barely be able to get by.

4. Plaintiff are having to replace everything to be able to live.

FURTHER AFFIANT SAYETH NOT.

### VERIFICATION

I decare under penalty of perjury under 28 U. S. C  1746. That the

foregoing is true and correct as we see it.

Executed on 2nd day of September, 2004.

_____
Robert Hansen Pro Se

_____
Donna Hansen Pro Se

Subscribed and sworn to before me on the 2nd day of September, 2004.

_____
Notary Public

```
OFFICIAL SEAL
LEAH MARX
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/06/08
```