## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois          Docket No.: 03-2073

Division: Urbana Division

### Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)

Robert Hansen, Donna Hansen          v.          Robert Cannon, et al.

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Robert Hansen, Donna Hansen          Name: Basileios John Foutris, William Kurnik

Firm:          Firm: Knight Hoppe Kurnik & Knight

Address: 210 W Third St          Address: 2860 River Road Ste 400

Tilton, IL 61833          Des Plaines, IL 60018-6009

Phone:          Phone: 847-298-8000

---

Judge: Michael P. McCuskey          Nature of Suit Code: 440

Court Reporter:          Date Filed in District Court: 4/17/03

Date of Judgment: 6/18/04

Date of Notice of Appeal: 9/2/04

Counsel:   ___Appointed     ___Retained   _x_Pro Se

Fee Status:   ___Paid     ___Due     ___IFP     _x__IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:   _x__Yes     ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**