## UNITED STATES COURT OF APPEALS
## SEVENTH CIRCUIT

GINO J. AGNELLO  
CLERK

219 SOUTH DEARBORN STREET  
CHICAGO, ILLINOIS 60604

TELEPHONE  
(312) 435-5850

**FILED**

SEP 10 2004

JOHN M. WATERS, Clerk  
U.S. DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS  
URBANA, IL

TO: District Court Clerk's Office

RE: Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:   04-3318              Docketed on: 9/7/04  
Short Caption:         Hansen, Donna v. Cannon, Robert  
District Court Judge:  Michael P. McCuskey  
District Court No.:    03 C 2073

If you have any questions regarding this appeal, please call this office.

(1003-012490)