

JOHN M. WATERS
CLERK OF COURT

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

October 18, 2004

U.S. Court of Appeals
Attn: Frank
219 S Dearborn
Chicago, IL 60604

Re:   Hansen v. Robert Cannon, et al.
      USDC No. 99-2274 (now 03-2073)
      USCA No. 01-3076

Dear Frank:

   Pursuant to your request, enclosed is the Record on Appeal in the above case consisting of two volumes of pleadings. Please acknowledge receipt of the Record by signing and returning the copy of this letter.

                              Very truly yours,

                              /s John M. Waters
                              JOHN M. WATERS, CLERK

JMW/mkt/encl.