IN THE DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| Robert Hansen and Donna Hansen, | ) ) ) |
| Plaintiffs, | ) ) ) |
| Vs. | ) |
| Robert Cannon and Sergeant Auterman, individually and as Deputy Sheriffs for Vermilion County, Illinois; Charles Wolfe, individually and as Police Chief for the Village of Tilton; Tilton, Illinois, a governmental entity; Conrad Wantland, individually and as Mayor of the Village of Tilton, Illinois; and Vermilion County, Illinois, a governmental entity | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

03-2073

FILED
JAN 1 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

FILED
JAN 1 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## MOTION TO WITHDRAW REMAINING RECORD TO FILE BRIEF AND REPLY

Now come the Plaintiffs, Robert Hansen and Donna Hansen, and request the record from Bill of Cost to Motion to Reconsider

We will call to find out when the record is ready for pick up.

*Robert Hansen*
Robert Hansen Pro-se

*Donna Hansen*
Donna Hansen Pro-se

*Leah Marx* 1/13/05

OFFICIAL SEAL
LEAH MARX
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/06/08

## CERTIFICATE OF SERVICE

The undersigned, the plaintiffs of record herein, hereby certifies that a copy of the Originals were mailed to the Defendants attorney of record on the 13th Day of January,2005. The same Day it was filed with the Court. Sent by U. S. Mail by placing same in a mail box out side the U. S. Post Office in Danville, IL, with postage fully paid.

Copies To:

John F. Martin
110 N. Vermilion
Danville, IL 61832

Knight Hoppe, Kurnik & Knight, LLC
2860 River Road
Suite 400
Des Plaines, IL 60018

*/s/ Robert Hansen*
Robert Hansen
210 W. 3rd
Tilton, IL 61833

Subscribed and sworn to before me on the 13th day of January, 2005.

*/s/ Leah Marx* 1/13/05
Notary Public

OFFICIAL SEAL
LEAH MARX
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/06/08