

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

January 14, 2005

Robert Hansen
Donna Hansen
210 W Third St
Tilton, IL 61883


Re: Hansen v. Cannon, et al., No. 03-2073
    USCA Appeal No. 04-3318

Dear Mr. Hansen:


Enclosed please find a copy of the Appeal Record for the above captioned case consisting of:

      __1__ volume of pleadings
      _____ volumes of transcripts
      _____ volumes of depositions
      _____ loose pleadings
      _____ other

Any trial exhibits in this case will be included in the record on appeal and sent to the Court of Apeals with the record. They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any sealed or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,
s/ John M. Waters, Clerk
enc./mt

This is to acknowledge receipt of the appeal Record on _____.

                              _____.