

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

January 21, 2005

Robert Hansen
Donna Hansen
210 West Third St.
Tilton, IL  61833


Re: Hansen  v  Cannon et al., USDC #03-2073
          USCA #04-2161

Dear Mr. Hansen:

Enclosed please find the Appeal Record for the above captioned case consisting of:

    _____ volumes of pleadings
    _____ volumes of transcripts
    _____ volumes of depositions
    _____ loose pleadings
        1     volume - supplemental record

Any trial exhibits in this case will be included in the record  on appeal and sent to the Court of Apeals with the record.  They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any sealed or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,

s/John M. Waters, Clerk

enc./skd

This is to acknowledge receipt of the appeal Record on *Donna Hansen*   1/21/05