IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ROBERT HANSEN and DONNA HANSEN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -vs- | ) NO. 03-2073 |
| | ) (USCA Appeal No. 04-3318) |
| CHARLES WOLFE, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION TO RELEASE APPEAL RECORD**

Now comes the Defendant, CHARLES WOLFE, by John F. Martin of Meachum & Martin and moves the Court to release to Defendant's attorney, John F. Martin, the appeal record in this case in order that Defendant can prepare his brief on appeal.

> CHARLES WOLFE, Defendant
> s/ John F. Martin
> Attorney for Defendant
> Meachum & Martin
> 110 N. Vermilion
> Danville, IL 6l832
> Telephone: (217)442-1390
> Fax: (217)442-2042
> E-mail: jfmartin2@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Basileios Foutris, Knight, Hoppe, Kurnik & Knight, LLC, 2860 River Road, Suite 400, Des Plaines, IL 60018-6099, and I hereby certify that I have mailed by United States Postal Service the document to the following nonCM/ECF participants: Robert Hansen, Donna Hansen, 210 W. 3rd, Tilton, IL 6l833.

> s/ John F. Martin
> Attorney for Defendant
> Meachum & Martin
> 110 N. Vermilion
> Danville, IL 6l832
> Telephone: (217)442-1390
> Fax: (217)442-2042
> E-mail: jfmartin2@aol.com