E-FILED
Tuesday, 15 February, 2005  04:20:03 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| ROBERT HANSEN and DONNA HANSEN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 03-2073 |
| ) | |
| ROBERT CANNON, et al., ) | |
| ) | |
| Defendants. ) | |

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily waive their rights to proceed before a United States District Judge and consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including the trial, and ordering the entry of a final judgment.

FOR THE PLAINTIFFS:

_Robert D Hansen_
Date: _Jan 20, 2005_

_Donna E. Hansen_
Date: _Jan. 20, 2005_
(All plaintiffs or attorneys for plaintiffs must sign)

FOR THE DEFENDANTS:

_Charles Wolfe
by John S. Martin, his attorney_
Date: _2/1/05_

_____
Date: _____
(All defendants or attorneys for defendants must sign)

### ORDER

IT IS ORDERED that this case is referred to the Honorable David G. Bernthal, United States Magistrate Judge, for all further proceedings and the entry of judgment, in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73, and the foregoing consent of the parties.

ENTER this _11th_ day of _February_, 2005.

_Michael P. McCuskey_
UNITED STATES DISTRICT JUDGE