LAW OFFICES
## MEACHUM & MARTIN
110 NORTH VERMILION
DANVILLE, ILLINOIS 61832

CLYDE MEACHUM
JOHN F. MARTIN*
BRUCE MEACHUM

*Also licensed in Indiana

TELEPHONE 217-442-1390
FAX 217-442-2042

February 16, 2005

**FILED**
FEB 17 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Mr. John Waters, U.S.
   District Clerk
U.S. District Court
218 U.S. Courthouse
201 S. Vine Street
Urbana, IL  61802


RE:  Hansen v. Cannon, et al., No. 03-2073


Dear Mr. Waters:

   Enclosed is the Record On Appeal in this case which we return to you.

                              Very truly yours,

                              John F. Martin

JFM:pmc
Enclosures