**E-FILED**
Friday, 11 March, 2005  10:38:29 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ROBERT HANSEN and DONNA HANSEN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | NO.  03-2073 |
| ) | |
| ROBERT CANNON and SERGEANT ) | |
| AUTERMAN, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S MOTION IN LIMINE
## AND MEMORANDUM IN SUPPORT THEREOF

Now comes the Defendant, CHARLES WOLFE, by John F. Martin of Meachum & Martin and moves the Court to enter an Order in Limine of evidence barring the Plaintiffs from offering evidence, attempting to offer evidence, or arguing or commenting before the jury regarding any of the following matters:

1. <u>Defendant's Prior Motion in Limine</u>.  Defendant hereby adopts and reraises his prior Motion in Limine filed March 29, 2004, including its adoption of the Motion in Limine filed by the co-Defendants, Cannon and Auterman.

CHARLES WOLFE, Defendant

s/ John F. Martin
Attorney for Defendant
Meachum & Martin
110 N. Vermilion
Danville, IL  6l832
Telephone:  (217)442-1390
Fax:  (217)442-2042
E-mail:  jfmartin2@aol.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on March 11, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Scott Kording and Brian Dampier, c/o Professor J. Steven Beckett, University of Illinois College of Law, 504 E. Pennsylvania Avenue, Champaign, IL 6l820.

                                        s/ John F. Martin
                                        Attorney for Defendants
                                        Meachum & Martin
                                        110 N. Vermilion
                                        Danville, IL  6l832
                                        Telephone:  (217)442-1390
                                        Fax:  (217)442-2042
                                        E-mail:  jfmartin2@aol.com