E-FILED
Friday, 11 March, 2005  04:14:59 PM
Clerk, U.S. District Court, ILCD

IN THE U.S. DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ROBERT HANSEN and DONNA HANSEN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 03 CV 2073 |
| ) | JURY DEMAND |
| CANNON et al; ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO MAKE ADDITIONAL DISCLOSURE OF
EXPERT OPINION WITNESS**

NOW COME the Plaintiffs, ROBERT HANSEN and DONNA HANSEN, by and through their representatives, Brian Dampier and Scott Kording, and for their MOTION FOR LEAVE TO MAKE ADDITIONAL DISCLOSURE OF EXPERT OPINION WITNESS, state as follows:

1. Plaintiffs' counsel's case file includes a videotape of almost all of the property seized during eviction of Plaintiffs from their home at 121 W. Fourth Street in Tilton, Illinois, as well as a great deal of property unconstitutional seized from Plaintiffs' storage garage at 119 W. Fourth Street in Tilton, Illinois. The videotape captures on display at Lenhart Auction & Realty in Georgetown, Illinois, the property that was seized from Plaintiffs' storage garage at 119 W. Fourth Street in Tilton, Illinois. Plaintiffs' property was to be sold at an auction that subsequently was canceled.

2. In reviewing the massive file for this case, Plaintiffs' counsel screened this videotape. Plaintiffs' counsel subsequently learned through investigation that the person who videotaped Plaintiffs' property was not merely the videographer, but also an employee of an auction house who is very familiar with the various kinds of property unlawfully seized from Plaintiffs' storage garage. The person who videotaped Plaintiffs' property is uniquely able to verify firsthand the condition of Plaintiffs' property because he was personally present and involved in the videotape cataloguing of Plaintiffs' property. Plaintiffs' counsel further has learned that the person who videotaped Plaintiffs'

property has significant experience in selling and ascribing value to property of the type seized from Plaintiffs.

3. Under previous order of this Court, discovery is closed.

4. However, the interests of justice warrant granting leave to Plaintiffs to disclose an additional expert opinion witness in this case. Plaintiffs' counsel believes that the additional expert opinion witness is necessary not only to lay the evidentiary foundation for admission of this videotape, but also to assist the jury in ascribing value to the tremendous amount of property unlawfully seized from Plaintiffs' storage garage at 119 W. Fourth Street in Tilton, Illinois.

5. Plaintiffs' counsel, Brian Dampier and Scott Kording, are third-year law students provisionally admitted to the trial bar of this Court. Plaintiffs' counsel have been assigned only recently to represent Plaintiffs at trial.

    Respectfully submitted,

    ROBERT HANSEN and
    DONNA HANSEN, Plaintiffs

By: /s/ BRIAN DAMPIER
    Brian Dampier, Senior Law Student

/s/ SCOTT KORDING
Scott Kording, Senior Law Student

Brian Dampier, Senior Law Student
Scott Kording, Senior Law Student
C/o Professor J. Steven Beckett
University of Illinois College of Law
504 E. Pennsylvania Avenue
Champaign, IL  61820
(217) 333-3608