# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| ROBERT HANSEN and DONNA HANSEN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 03-CV-2073 |
| ) | JURY DEMAND |
| CHARLES WOLFE, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE
## FOR PLAINTIFFS' MOTION IN LIMINE
## AND MEMORANDUM IN SUPPORT THEREOF

I hereby certify that on March 11, 2005, I electronically filed Plaintiffs' *Motion in Limine and Memorandum in Support Thereof* with the Clerk of the Court using the Case Management/Electronic Case Filing system, which sent notification of such filing to the following: John F. Martin, Meachum & Martin, 110 N. Vermilion, Danville, IL 61832.

> s/ Scott Kording
> Provisional Counsel under Local Rule 83.5
> Counsel for Plaintiffs
> C/o Professor J. Steven Beckett
> University of Illinois College of Law
> 504 E. Pennsylvania Avenue
> Champaign, IL 61820
> Telephone: (217) 377-1188
> Fax: (217) 244-1478
> E-mail: scott@kording.net