## EXHIBIT LIST FOR PLAINTIFF/DEFENDANT/JOINT

(One for Each)

| Case Name: Hansen v. Wolfe | Case No: | Page 1 of 1 |
|---|---|---|

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 1 | Safeguard documents | | | |

FILED
MAR 28 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

6/97