## EXHIBIT LIST FOR PLAINTIFFS ROBERT HANSEN and DONNA HANSEN

Case Name: <u>Hansen v. Wolfe</u>    Case No. 03-CV-2073    Page 1 of 1

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 1 | Order Confirming Sale | X | | |
| 2 | Plat Map | | | X |
| 3 | Tax records for 119 and 121 W. Fourth Street | X | | |
| 4 | Photographs of 119 and 121 W. Fourth Street and neighborhood | | | |
| 5 | Expert Report of Phyllis Roth | | | X |
| 6 | Curriculum Vita of Phyllis Roth | | | X |
| 7 | Medical Records of Robert Hansen | | | X |
| 8 | Itemized Property from 119 W. Fourth Street | | | X |
| 9 | Sheriff's Office Vehicle Towing Reports for Automobiles from 119 W. Fourth Street | X | | |
| 10 | Videotape of items from 119 W. Fourth Street | | | X |
| 11 | Still videotape frames [currently in production] | | | X |



**FILED**

MAR 28 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL