E-FILED
Tuesday, 29 March, 2005   10:49:04 AM
Clerk, U.S. District Court, ILCD

The plaintiffs claim that the defendant intentionally deprived plaintiffs of the Fourth Amendment constitutional right to be free from unreasonable seizure of plaintiffs' property.



Ninth Circuit Model Civil
Jury Instruction 11.1.3 (Mod.)


Defendant's Instruction No. \_\_\_\_\_

I instruct you that, to establish a claim under Section 1983, the plaintiffs must show that the defendant acted intentionally or recklessly. If you find that the acts of the defendant were merely negligent, then, even if you find that the plaintiffs were injured as a result of those acts, you must return a verdict for the defendant.

Matthew Bender Model Instruction
F17.02-19

Defendant's Instruction No. _____

An act is reckless if done in conscious disregard of its known probable consequences. In determining whether the defendant acted with requisite recklessness, you should remember that while witnesses may see and hear and so be able to give direct evidence of what a person does or fails to do, there is no way of looking into a person's mind. Therefore, you have to depend on what was done and what the people involved said was in their minds and your belief or disbelief with respect to those facts.

Matthew Bender Model Instruction
F17.02-21

Defendant's Instruction No. \_\_\_\_\_

Should you find that the defendant has violated Section 1983, you must then decide whether he is immune from liability. The defense of immunity is to be considered by you only if you find that the plaintiffs have proven a deprivation of constitutional rights under color of state law and have proven that the deprivation caused the plaintiffs' injury. If you find that the plaintiffs have not proven each element of their case by a preponderance of the evidence, then you shall ignore my instructions on the defense of immunity and return a verdict for the defendant.

The plaintiffs allege that they have been harmed by the defendant's actions. If you find that the defendant engaged in this behavior and that the plaintiffs were harmed by it, then you must consider whether the defendant's action was protected by what is called qualified immunity.

Matthew Bender Model Instruction
F17.02-26
John v. Barron, 897 F.2d 1387 (7th Cir.) cert. den., Scruggs v. Moellering, 870 F.2d 376, (7th Cir.) cert. den.

Defendant's Instruction No. _____

At the time of the incidents giving rise to the lawsuit, it was clearly established law that unauthorized seizure of property was illegal. Even if you find that the defendant did unlawfully seize property, however, the defendant still may not be liable to the plaintiffs. This is so because the defendant may be entitled to what is called qualified immunity. If you find that he is entitled to such an immunity, you may not find him liable.

The defendant will be entitled to a qualified immunity if, at the time he unlawfully seized property, he neither knew nor should have known that his actions were contrary to federal law. The simple fact that the defendant acted in good faith is not enough to bring him within the protection of this qualified immunity. Nor is the fact that the defendant was unaware of the federal law. The defendant is entitled to a qualified immunity only if he did not know what he did was in violation of federal law and if a competent public official could not have been expected at the time to know that his conduct was in violation of federal law.

In deciding what a competent official would have known about the legality of defendant's conduct, you may consider the nature of defendant's official duties, the character of his official position, the information which was known to defendant or not known to him, and the events which confronted him. You

must ask yourself what a reasonable official in defendant's situation would have believed about the legality of defendant's conduct. You should not, however, consider what the defendant's subjective intent was, even if you believe it was to harm the plaintiff. You may also use your common sense. If you find that a reasonable official in defendant's situation would believe his conduct to be lawful, then this element will be satisfied.

The defendant has the burden of proving that he neither knew nor should have known that his actions violated federal law. If the defendant convinces you by a preponderance of the evidence that he neither knew nor should have known that his actions violated federal law, then you must return a verdict for the defendant, even though you may have previously found that the defendant in fact violated the plaintiffs' rights under color of state law.

Matthew Bender Model Instruction
F17.01-27


Defendant's Instruction No. _____

A fact may be proved by circumstantial evidence. Circumstantial evidence consists of the proof of facts or circumstances which leads to a reasonable inference of the existence of other facts sought to be established.

I.P.I. Civil 3.04

Defendant's Instruction No. _____

There was in force in the State of Illinois at the time of the occurrence in question a certain statute which provided that:

> Duties of sheriff. Sheriffs shall serve and execute, within their respective counties, and return all warrants, process, orders and judgments of every description that may be legally directed or delivered to them.

You may consider this statute together with all the other facts and circumstances in evidence in determining whether and to what extent a party's conduct was proper.

IPI Civil 60.01 (Mod.)
55 ILCS 5/3-6019

Defendant's Instruction No. ___

The law regarding this case is contained in the instructions I will give you. You must consider the Court's instructions as a whole, not picking out some instructions and disregarding others.

It is your duty to resolve this case by determining the facts and following the law given in the instructions. Your verdict must not be based upon speculation, prejudice, or sympathy.

You will decide what facts have been proven. Facts may be proven by evidence or reasonable inferences drawn from the evidence. Evidence consists of the testimony of witnesses and of exhibits admitted by the Court. You should consider all the evidence without regard to which party produced it. You may use common sense gained from your experiences in life in evaluating what you see and hear during trial.

You are the only judges of the credibility of the witnesses. You will decide the weight to be given to the testimony of each of them. In evaluating the credibility of a witness you may consider that witness' ability and opportunity to observe, memory, manner, interest, bias, qualifications, experience, and any previous inconsistent statement or act by the witness concerning an issue important to the case.

An opening statement is what an attorney expects the evidence will be. A closing argument is given at the conclusion

of the case and is a summary of what an attorney contends the evidence has shown. If any statement or argument of an attorney is not supported by the law or the evidence, you should disregard that statement.

I.P.I. Civil 1.01

Defendant's Instruction No. _____

Now that the evidence has concluded, I will further instruct you as to the law and your duties. I have not meant to indicate any opinion as to the facts of this case by any of my rulings, remarks, or instructions.

I.P.I. Civil 3.01

Defendant's Instruction No. _____

When I say that a party has the burden of proof on any proposition, or use the expression "if you find," or "if you decide," I mean you must be persuaded, considering all the evidence in the case, that the proposition on which he has the burden of proof is more probably true than not true.

I.P.I. Civil 21.01

Defendant's Instruction No. _____

If you decide for the defendant, Charles Wolfe, on the question of liability, you will have no occasion to consider the question of damages.

I.P.I. Civil 36.01 (Mod.)

Defendant's Instruction No. _____

When you retire to the jury room you will first select a foreperson. He or she will preside during your deliberations.

Your verdict must be unanimous.

Forms of verdicts are supplied with these instructions. After you have reached your verdict, fill in and sign the appropriate form of verdict and return it to the court. Your verdict must be signed by each of you. You should not write or mark upon this or any of the other instructions given to you by the court.

If you find for the plaintiffs and against the defendant, then you should use Verdict Form A.

If you find for the defendant and against the plaintiffs, then you should use Verdict Form B.

I.P.I. Civil B45.01 (Mod.)

Defendant's Instruction No. _____

## VERDICT FORM A

We, the jury, find for the plaintiffs and against the defendant. We assess damages in the sum of $_____, itemized as follows:

_____    _____
Foreperson

_____    _____

_____    _____

_____    _____


I.P.I. Civil B45.01A (Mod.)

Defendant's Instruction No. \_\_\_\_\_

**VERDICT FORM B**

We, the jury, find for the defendant and against the plaintiffs.

_____        _____
Foreperson

_____        _____

_____        _____

_____        _____

I.P.I. Civil B45.01C (Mod.)

Defendant's Instruction No. _____

The Plaintiffs in this action claim that the Defendant violated Plaintiffs' constitutional rights when he intentionally or recklessly participated in the illegal taking of their property. As a result of the Defendant's actions the Plaintiffs claim that they sustained damages.

The Defendant denies that any of his actions during the time in question violated the Plaintiffs' constitutional rights. The Defendant claims he was acting in good faith. The Defendant further claims that he was not guilty of any fault or wrong doing in regard to the incident sued upon.

United States citizens are protected against illegal taking of property by the Fourteenth Amendment to the Constitution. Whether the Defendant violated the Plaintiffs' protection against illegal taking by the Fourth Amendment depends on whether the Plaintiffs have proved by a preponderance of the evidence that some harm resulted directly and only from the taking of property that was clearly illegal.

The reasonableness of particular conduct must be judged from the perspective of a reasonable officer on the scene and must embody allowance for the fact that police officers are often forced to make split second judgments in circumstances that are tense, uncertain and rapidly evolving about the actions that are necessary in a particular situation.

If you find that the Plaintiffs have proven their claim, you must then consider the Defendant's defense that his conduct was objectively reasonable in light of the legal rules clearly established at the time of the incident in issue and that the Defendant is therefore not liable.

You must also decide whether the act or failure to act by the Defendant was a cause in fact of the damage the Plaintiffs suffered. An act or failure to act is a cause in fact of an injury or damages if it appears from the evidence that the act or omission played a substantial part in bringing about or actually causing the injury or damages. You must also decide whether the act or failure to act by the Defendant was a proximate cause of the alleged damage the Plaintiffs suffered. An act or omission is a proximate cause of the Plaintiffs' damages if it appears from the evidence that the injury or damage was a reasonably foreseeable consequence of the act or omission. If you should find for the Plaintiffs and against the Defendant, you must decide the issue of damages.

5th Circuit U.S. District Court (Mod.)

Defendant's Instruction No. _____

The Plaintiffs have the burden of proving each of the following propositions:

First, that the Defendant intentionally or recklessly participated in an illegal taking of property.

Second, that the acts of the Defendant deprived the Plaintiffs of their rights under the Constitution of the United States.

Third, that the acts of the Defendant caused Plaintiffs to sustain damages, and

Fourth, the acts of the Defendant were under color of law.

If you find from your consideration of all of the evidence that each of these propositions has been proved, then your verdict should be for the Plaintiffs. On the other hand, if you find from your consideration of all the evidence in this case that any of these propositions has not been proved, then your verdict should be for the Defendant.

I.P.I. Civil B21.03 (Mod.)

Defendant's Instruction No. _____