Introductory Instruction

Plaintiffs have brought an action for deprivation of property without due process of law, constructive seizure of person, and unreasonable seizure of property pursuant to Section 1983 of Title 42 of the United States Code, the Fourth Amendment to the United States Cosntitution, and the Fourteenth Amendment to the United States Constitution.

Section 1983 provides that it is unlawful for a state official, acting under color of state law, to engage in conduct which deprives Plaintiffs of rights secured by the United States Constitution or laws of the United States.

Plaintiffs contend that, without a court order, the Defendant participated in the seizure of Plaintiffs' personal property. Plaintiff Robert Hansen also contends that the Defendant threatened to arrest him while on property legally owned by Plaintiffs Robert and Donna Hansen.

Plaintiffs contend that the conduct of the Defendant was the proximate cause of damages suffered by them.

Defendant denies participating in a seizure of Plaintiffs' personal property. Defendant denies threatening to arrest Robert Hansen. Defendant denies that any action he took was a proximate cause of damages sustained by Plaintiffs.

**FILED**

MAR 2 8 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**Authority**

42 U.S.C. §1983 (2000)

Plaintiffs' Instruction No. _____          Given          _____

                                               Refused        _____

*PLAINTIFFS' PROPOSED JURY INSTRUCTIONS*

1.01    The Functions of the Court and the Jury

     Members of the jury, the evidence and arguments in this case have been completed, and I will now instruct you as to the law applicable in this case. It is your duty to follow all of the instructions.

     You must not question any rule of law stated by me in these instructions. Regardless of any opinion you may have as to what the law ought to be, you must base your verdict upon the law given by me.

     It is your duty to determine the facts form the evidence in this case. You are to apply the law given to you in these instructions to the facts and in this way decide the case.

**Authority**

Matthew Bender Form 1.01

Plaintiffs' Instruction No. _____          Given          _____

                                                  Refused          _____

*PLAINTIFFS' PROPOSED JURY INSTRUCTIONS*

1.03    Additional Instruction Regarding Jury as Sole Judge of the Facts

Neither by these instructions, nor by any ruling or remark which I have made, do I mean to indicate any opinion as to the facts or as to what your verdict should be. You are the sole and exclusive judges of the facts. What the verdict shall be is your sole and exclusive duty and responsibility.

**Authority**

Matthew Bender Form 1.03 (Modified)

Plaintiffs' Instruction No. _____            Given        _____

                                                 Refused      _____

1.05    Arguments and Statements of Counsel

Opening statements of counsel are for the purpose of acquainting you in advance with the facts counsel expect the evidence to show. Closing arguments of counsel are for the purpose of discussing the evidence.

Opening statements, closing arguments and other statements of counsel should be disregarded to the extent they are not supported by the evidence.

During the course of trial it often becomes the duty of counsel to make objections and for me to rule on them in accordance with the law. The fact that counsel made objections should not influence you in any way.

**Authority**

Matthew Bender Form 1.05

Plaintiffs' Instruction No. _____        Given        _____

                                              Refused      _____

1.07    Evidence in the Case – Stipulations – Judicial Notice – Inferences Permitted

The evidence consists of the sworn testimony of the witnesses, the exhibits received in evidence, and stipulated, admitted, or judicially noticed facts.

A stipulation is an agreed statement of facts between the parties, and you should regard agreed statements as true.

I have taken judicial notice of certain facts which I regard as matters of common knowledge. You may, but are not required to accept those facts as proved.

You are to consider only the evidence received in this case. You should consider this evidence in the light of your own observations and experiences in life. You may draw such reasonable inferences as you believe to be justified from proved facts.

You are to disregard any evidence to which I sustained an objection or which I ordered stricken. Anything you may have seen or heard about this case outside the courtroom is not evidence and must be entirely disregarded. You should not be influenced by sympathy, prejudice, fear or public opinion. You should not be influenced by any person's race, color, religion, national ancestry, or sex.

## **Authority**

Matthew Bender Form 1.07

Plaintiffs' Instruction No. _____

Given        _____

Refused     _____

Deprivation of Rights Under Color of State Law (Civil Rights Act of 1871, 42 U.S.C. § 1983) –
Purpose of the Statute

Section 1983 creates a form of liability in favor of persons who have been deprived of
rights, privileges and immunities secured to them by the United States Constitution and federal
statutes. Before Section 1983 was enacted in 1871, people so injured were not able to sue state
officials or persons acting under color of state law for money damages in federal court. In
enacting the statute, Congress intended to create a remedy as broad as the protection provided by
the Fourteenth Amendment and federal laws.

Section 1983 was enacted to give people a federal remedy enforceable in federal court
because it was feared that adequate protection of federal rights might not be available in state
courts.

## Authority

Matthew Bender, ¶ F17.02; Form F17.02-6 (Modified)

42 U.S.C. § 1983 (2000)

Lugar v. Edmondson Oil Co., 457 U.S. 922, 102 S.Ct. 2744, 73 L.Ed.2d 482 (1982)

Plaintiffs' Instruction No. _____          Given          _____

                                               Refused        _____

Deprivation of Rights Under Color of State Law (Civil Rights Act of 1871, 42 U.S.C. § 1983) –
Elements of a Section 1983 Claim

To establish a claim under section 1983, Plaintiffs must establish, by a preponderance of

the evidence, each of the following three elements:

First, that the conduct complained of was committed by a person acting under color of

state law;

Second, that this conduct deprived the Plaintiffs of rights, privileges or immunities

secured by the Constitution or laws of the United States; and

Third, that the Defendnat's acts were the proximate cause of the consequent damages

sustained by the Plaintiffs.

## **Authority**

Matthew Bender ¶ F17.02; Form F17.02-9 (Modified)

New Burnham Prairie Homes, Inc. v. Village of Burnham, 910 F.2d 1474 (7th Cir. 1990)

Plaitniffs' Instruction No. _____        Given        _____

                                             Refused      _____

Deprivation of Rights Under Color of State Law (Civil Rights Act of 1871, 42 U.S.C. § 1983) – First Element – Action Under Color of State Law

Acts are performed under color of law when the Defendant acts or purports or claims to act in his official capacity. The act of the Defendant must consist of the abuse or misuse of the power possessed by the defendant by virtue of his office.

## Authority

Federal Criminal Jury Instructions of the Seventh Circuit, Instruction No. 242, p. 159 (1999) (Modified)

Plaintiffs' Instruction No. _____

Given _____

Refused _____

*PLAINTIFFS' PROPOSED JURY INSTRUCTIONS*

Deprivation of Rights Under Color of State Law (Civil Rights Act of 1871, 42 U.S.C. § 1983) –
Second Element – Deprivation of Rights

The second element of Plaintiffs' section 1983 claim is that they were deprived of a

Federal right by the Defendant. In order for the Plaintiffs to establish this element, they must

show these things by a preponderance of the evidence:

First, that the Defendant committed the acts alleged by Plaintiffs;

Second, that those acts caused the Plaintiffs to suffer a loss of a Federal right; and

Third, that in performing the acts alleged, the Defendant acted intentionally.

## Authority

Matthew Bender ¶ F17.02, Form F17.02-15 (Modified)

Maine v. Thiboutot, 448 U.S. 1, 100 S.Ct. 2502, 65 L.Ed.2d 555 (1980)

Miller by Miller v. Whitburn, 10 F.3d 1315 (7th Cir. 1993)

Plaintiffs' Instruction No. _____          Given          _____

                                               Refused        _____

State of Mind – Intentional

An act is intentional if it is done knowingly, that is if it is done voluntarily and deliberately and not because of mistake, accident, negligence or other innocent reason. In determining whether the Defendant acted with the requisite knowledge, you should remember that while witnesses may see and hear and so be able to give direct evidence of what a person does or fails to do, there is no way of looking into a person's mind. Therefore, you have to depend on what was done and what the people involved said was in their minds and your belief or disbelief with respect to those facts.

**Authority**

Matthew Bender, ¶ F17.02, Form F17.02-20

Plaintiffs' Instruction No. _____

Given _____

Refused _____

*PLAINTIFFS' PROPOSED JURY INSTRUCTIONS*

Deprivation of Rights Under Color of State Law (Civil Rights Act of 1871, 42 U.S.C. § 1983) – Third Element – Proximate Cause (Generally)

The third element which Plaintiffs must prove in their Section 1983 claim is that the Defendant's acts were a proximate cause of the injuries sustained by the Plaintiffs. Proximate cause means that there must be a sufficient causal connection between the act or omission of a defendant and any injury or damage sustained by the Plaintiffs. If an injury was a direct result or a reasonably probable consequence of the Defendant's act or omission, it was proximately caused by such act or omission. In other words, if the Defendant's act or omission had such an effect in producing the injury that reasonable persons would regard it as being a cause of the injury, then the act or omission is a proximate cause.

In order to recover damages from any injury, the Plaintiffs must show by a preponderance of the evidence that such injury would not have occurred without the conduct of the Defendant. If you find that the Defendant has proved, by a preponderance of the evidence, that the Plaintiffs complain about an injury which would have occurred even in the absence of the Defendant's conduct, you must find that the Defendant did not proximately cause Plaintiffs' injuries.

### Authority

Matthew Bender, ¶ F17.02, Form F17.02-23

Beard v. Mitchell, 604 F.2d 485 (7th Cir. 1979)

Plaintiffs' Instruction No. _____

Given _____

Refused _____

Deprivation of Rights Under Color of State Law (Civil Rights Act of 1871, 42 U.S.C. § 1983) – Burden of Proof

The Plaintiffs have the burden of proving each and every element of their section 1983 claim by a preponderance of the evidence. If you find that any one of the elements of Plaintiffs' section 1983 claim has not been proven by a preponderance of the evidence against Defendant, you must return a verdict for Defendant.

## Authority

Matthew Bender, ¶ F17.02; Form F17.02-8.

Gomez v. Toledo, 446 U.S. 635, 100 S.Ct. 1920, 64 L.Ed.2d 572 (1980).

Plaintiffs' Instruction No. _____          Given          _____

                                               Refused        _____

*PLAINTIFFS' PROPOSED JURY INSTRUCTIONS*

72.01  Preponderance of the Evidence

The burden is on the Plaintiffs in a civil action, such as this, to prove every essential element of their claim by a preponderance of the evidence. If the proof should fail to establish any essential element of Plaintiffs' claim by a preponderance of the evidence in the case, the jury should find for the Defendant as to that claim.

To "establish by a preponderance of the evidence" means to prove that something is more likely so than not so. In other words, a preponderance of the evidence in the case means such evidence as, when considered and compared with that opposed to it, has more convincing force, and produces in your minds belief that what is sought to be proved is more likely true than not true. This rule does not, of course, require proof to an absolute certainty, since proof to an absolute certainty is seldom possible in any case.

In determining whether any fact in issue has been proved by a preponderance of the evidence in the case, the jury may, unless otherwise instructed, consider the testimony of all witnesses, regardless of who may have called them, and all exhibits received in evidence, regardless of who may have produced them.

**Authority**

Matthew Bender Form 72.01

Plaintiffs' Instruction No. _____          Given          _____

                                               Refused        _____

72.02    "If You Find" or "If You Decide"

When I say in these instructions that a party has the burden of proof on any proposition,

or use the expression "if you find," or "if you decide," I mean you must be persuaded,

considering all the evidence in the case, that the proposition is more probably true than not true.

**Authority**

Matthew Bender Form 72.02

Plaintiffs' Instruction No. _____          Given          _____

                                                Refused        _____

72.03   Deprivation of constitutional rights under color of law (42 U.S.C. § 1983; Fed. R. Civ. P. 51)

This case should be considered and decided by you as an action between persons of equal

standing in the community, of equal worth, and holding the same or similar stations in life. All

persons stand equal before the law, and are to be dealt with as equals in a court of justice.

## **Authority**

5 Federal Forms, p. 217, § 10:160(1)

Plaintiffs' Instruction No. _____

Given _____

Refused _____

Deprivation of constitutional rights – General instruction

If you find, in accordance with these instructions, that the Plaintiffs have been wrongfully deprived, under color of law, a right guaranteed to them by the Constitution of the United States, namely to be free of unreasonable seizure or deprived of property without due process of law, the law permits you to award, in addition to any actual out-of-pocket expenses or pecuniary losses, compensation for emotional distress shown by the evidence to have resulted from the wrong.

If you find that no substantial damage resulted from the wrong, you may award nominal damages.

If you find, in accordance with the instructions I have given you, that the Defendant's conduct was such as to warrant an award of punitive damages, such an award is proper.

## Authority

Instructions on damages and tort actions, p. 722, 14.1. Deprivation of constitutional rights – General instruction (Modified)

Plaintiffs' Instruction No. _____

Given _____

Refused _____

*PLAINTIFFS' PROPOSED JURY INSTRUCTIONS*

Damages

You must fix the amount of money which will reasonably and fairly compensate the Plaintiffs for any of the following elements of damage proved by the evidence to have resulted from the conduct of the Defendant, taking into consideration the nature, extent and duration of the injury.

The humiliation and mental and emotional anguish experienced and which with reasonable probability will be experienced in the future;

The reasonable value of personal property damages taken from Plaintiffs;

The physical and mental health damages.

Actual damages must not be based on speculation or sympathy. They must be based on the evidence presented at trial, and only on that evidence.

No evidence of monetary value of such intangible things as pain and suffering has been, or need be, introduced into evidence. There is no exact standard for fixing the compensation to be awarded for these elements of damages. Any award you make should be fair in light of the evidence presented at trial.

If you find for Plaintiffs, but you find that the Plaintiffs has failed to prove actual damages, you shall return an award of nominal damages not to exceed one dollar.

## Authority

9th Cir. Civ. Jury Inst. 3.1 (1997), Instructions 11.4 and 7.2 (Modified)

Plaintiffs' Instruction No. _____          Given          _____

                                               Refused        _____

104.07      Punitive Damages

If you find that the Defendant deprived the Plaintiffs of their civil rights in violation of Section 1983 of Title 42 of the United States Code, you may award punitive damages if you further find that the Defendant violated Section 1983 with malice or reckless indifference to the civil rights of the Plaintiffs.

The purpose of an award of punitive damages is, first, to punish a wrongdoer for misconduct, and second, to warn others against doing the same. You may award punitive damages even if you do not award actual damages or award only nominal actual damages.

If you determine that the Defendant's conduct justifies an award of punitive damages, you may award an amount of punitive damages which all jurors agree is proper. If you do award punitive damages, you should fix the amount using calm discretion and sound reason. You must not be influenced by sympathy for or dislike of any party in the case.

## Authorty

Devitt, Blackmar & Wolff, Federal Jury Practice and Instructions—Civil, § 104.07 (Supp. 1998) (Modified)

Memphis Community Sch. Dist. v. Stachura, 477 U.S. 299, 306 n.9, 106 S.Ct. 2537, 2543, n.9, 91 L.Ed.2d 249, ??? (1986)

Smith v. Wade, 461 U.S. 30, 54, 103 S.Ct. 1625, 1639, 75 L.Ed.2d 635 (1983)

Plaintiffs' Instruction No. _____          Given       _____

                                               Refused     _____

Evidence – Direct – Indirect or Circumstantial

There are, generally speaking, two types of evidence from which a jury may properly find the truth as to the facts of a case. One is direct evidence—such as the testimony of an eyewitness. The other is indirect or circumstantial evidence—the proof of a chain of circumstances pointing to the existence or non-existence of certain facts.

As a general rule, the law makes no distinction between direct or circumstantial evidence, but simply requires that the jury find the facts in accordance with the preponderance of all the evidence in the case, both direct or circumstantial.

**Authority**

Matthew Bender Form 72.03

Plaintiffs' Instruction No. _____

Given _____

Refused _____

*PLAINTIFFS' PROPOSED JURY INSTRUCTIONS*

72.04   Inferences Defined – Presumption of Regularity – Ordinary Course of Business – Obedience to Law

You are to consider only the evidence in the case. But in your consideration of the evidence you are not limited to the bald statements of the witnesses. In other words, you are not limited to what you see and hear as the witnesses testify. You are permitted to draw, from facts which you find have been proved, such reasonable inferences as seem justified in light of your experience.

Inferences are deductions or conclusions which reason and common sense lead the jury to draw from facts which have been established by the evidence in the case.

Unless and until outweighed by evidence in the case to the contrary, you may find that official duty has been regularly performed; that private transactions have been fair and regular; that the ordinary course of business or employment has been followed; that things have happened according to the ordinary course of nature and the ordinary habits of life; and that the law has been obeyed.

**Authority**

Matthew Bender Form 72.04

Plaintiffs' Instruction No. _____          Given          _____

                                                                Refused        _____

*PLAINTIFFS' PROPOSED JURY INSTRUCTIONS*

72.07   Notice, Knowledge – Duty of Inquiry

The means of knowledge are ordinarily the equivalent in law to knowledge. So, if it appears from the evidence in the case that a person had information which would lead a reasonably prudent person to make inquiry through which he would surely learn certain facts, then this person may be found to have had actual knowledge of those facts, the same as if he made such inquiry and had actually learned such facts.

That is to say, the law will charge a person with notice and knowledge of whatever he would have learned, upon making such inquiry as it would have been reasonable to expect him to make under the circumstances.

Knowledge or notice may also be established by circumstantial evidence. If it appears that a certain condition has existed for a substantial period of time, and that the Defendant had regular opportunities to observe the condition, then you may draw the inference that he had knowledge of the condition.

**Authority**

Matthew Bender Form 72.07

Plaintiffs' Instruction No. _____        Given        _____

                                               Refused      _____

72.13  Number of Witnesses

You are not bound to decide any issue of fact in accordance with the testimony of any number of witnesses which does not produce in your minds belief in the likelihood of truth, as against the testimony of a lesser number of witnesses or other evidence which does not produce such belief in your minds.

The test is not which side brings the greater number of witnesses, or presents the greater quantity of evidence; but which witness, and which evidence, appeals to your mind as being the most accurate, or otherwise trustworthy.

**Authority**

Matthew Bender Form 72.13

Plaintiffs' Instruction No. _____          Given          _____

                                              Refused        _____

73.01  Credibility of Witnesses – Discrepancies in Testimony

You, as jurors, are the sole judges of the credibility of the witnesses and the weight their testimony deserves. You may be guided by the appearance and the conduct of the witness, or by the manner in which the witness testifies, or by the character of the testimony given, or by evidence to the contrary of the testimony given.

You should carefully scrutinize all the testimony given, the circumstances under which each witness has testified, and every matter in evidence which tends to show whether a witness is worthy of belief. Consider each witness' intelligence, motive and state of mind, and demeanor or manner while on the stand. Consider the witness' ability to observe the matters as to which he has testified, and whether he impresses you as having an accurate recollection of these matters. Consider also any relation each witness may bear to either side of the case; the manner in which each witness might be affected by the verdict; and the extent to which, if at all, each witness is either supported or contradicted by other evidence in the case.

Inconsistencies or discrepancies in the testimony of a witness, or between the testimony of different witnesses, may or may not cause the jury to discredit such testimony. Two or more persons witnessing an incident or a transaction may see or hear it differently; and innocent mis-recollection, like failure of recollection, is not an uncommon experience. In weighing effect of a discrepancy, always consider whether it pertains to a matter of importance or an unimportant detail, and whether the discrepancy results from innocent error or intentional falsehood.

After making your own judgment, you will give the testimony of each witness such weight, if any, as you may think it deserves.

You may, in short, accept or reject the testimony of any witness in whole or in part.

*PLAINTIFFS' PROPOSED JURY INSTRUCTIONS*

**Authority**

Matthew Bender Form 73.01

Plaintiffs' Instruction No. _____          Given          _____

                                               Refused        _____

73.04 Impeachment – Inconsistent Statements or Conduct – Falsus in Uno Falsus in Omnibus

A witness may be discredited or impeached by contradictory evidence; or by evidence that at some other time the witness has said or done something, or has failed to say or do something which is inconsistent with the witness' present testimony.

If you believe any witness has been impeached and thus discredited, it is your exclusive province to give the testimony of that witness such credibility, if any, as you may think it deserves.

If a witness is shown knowingly to have testified falsely concerning any material matter, you have a right to distrust such witness' testimony in other particulars and you may reject all the testimony of that witness or give it such credibility as you may think it deserves.

An act or omission is "knowingly" done, if voluntarily and deliberately and not because of mistake, accident, negligence or other innocent reason.

### **Authority**

Matthew Bender Form 73.04 (Modified)

Plaintiffs' Instruction No. _____          Given          _____

Refused          _____

*PLAINTIFFS' PROPOSED JURY INSTRUCTIONS*

73.11 All Available Evidence Need Not Be Produced

The law does not require any party to call as witnesses all persons who may have been present at any time or place involved in the case, or who may appear to have some knowledge of the matters in issue at this trial. Nor does the law require any party to produce as exhibits all papers and things mentioned in the evidence in the case.

**Authority**

Matthew Bender Form 73.11

Plaintiffs' Instruction No. _____                    Given        _____

                                                          Refused      _____

*PLAINTIFFS' PROPOSED JURY INSTRUCTIONS*

74.01   Verdict – Unanimous – Duty to Deliberate

The verdict must represent the considered judgment of each juror. In order to return a verdict, it is necessary that each juror agree. Your verdict must be unanimous.

It is your duty, as jurors, to consult with one another, and to deliberate with a view to reaching an agreement, if you can do so without violence to individual judgment. You must each decide the case for yourself, but only after an impartial consideration of the evidence in the case with your fellow jurors. In the course of your deliberations, do not hesitate to re-examine your own views, and change your opinion, if convinced it is erroneous. But do not surrender your honest conviction as to the weight of the evidence, solely because of the opinion of your fellow jurors, or for the mere purpose of returning a verdict.

Remember at all times that you are not partisans. You are judges—judges of the facts. Your sole interest is to seek the truth from the evidence in the case.

**Authority**

Matthew Bender Form 74.01

Plaintiffs' Instruction No. _____        Given        _____

                                                Refused      _____

*PLAINTIFFS' PROPOSED JURY INSTRUCTIONS*

74.02   Effect of Instruction as to Damages

The fact that I have instructed you as to the proper measure of damages should not be considered as intimating any view of mine as to which party is entitled to your verdict in this case. Instructions as to the measure of damages are given for your guidance, in the event you should find in favor of the Plaintiffs from a preponderance of the evidence in the case in accordance with the other instructions.

**Authority**

Matthew Bender Form 74.02

Plaintiffs' Instruction No. _____          Given          _____

                                               Refused        _____

74.03   Election of Foreperson – General Verdict

Upon retiring to the jury room, you will select one of your number to act as your

foreperson. The foreperson will preside over your deliberations, and will be your spokesman

here in Court.

Forms of verdict have been prepared for your convenience.

You will take these forms to the jury room and, when you have reached a unanimous

agreement as to your verdict, you will have your foreperson fill in, date and sign the form which

sets forth the verdict upon which you unanimously agree; and then return your verdict to the

courtroom.

**Authority**

Matthew Bender Form 74.04

Plaintiffs' Instruction No. _____                Given          _____

                                                     Refused        _____

74.08  Communications Between Court and Jury During Jury's Deliberations

If it becomes necessary during your deliberations to communicate with the Court, you may send a note by the bailiff, signed by your foreperson or by one or more members of the jury. No member of the jury should ever attempt to communicate with the Court by any means other than a signed writing, and the Court will never communicate with any member of the jury on any subject touching the merits of the case otherwise than in writing, or orally here in open Court.

You will note from the oath about to be taken by the bailiffs that they, too, as well as all other persons, are forbidden to communicate in any way or manner with any member of the jury on any subject touching the merits of the case.

Bear in mind also that you are never to reveal to any person—not even to the Court—how the jury stands, numerically or otherwise, on the questions before you, until after you have reached a unanimous verdict.

**Authority**

Matthew Bender Form 74.08

Plaintiffs' Instruction No. _____          Given          _____

                                               Refused         _____