E-FILED
Thursday, 05 May, 2005 03:52:08 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ROBERT HANSEN and DONNA HANSEN, | ) |
| Plaintiffs, | ) |
| -vs- | ) NO. 03-2073 |
| CHARLES WOLFE, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between attorneys for the parties that the Complaint in this cause be dismissed with prejudice, causes of action settled, all costs paid.

ROBERT HANSEN and DONNA HANSEN, Plaintiffs

BY: _____
SCOTT KORDING

BY: _____
BRIAN DAMPIER

CHARLES WOLFE, Defendant

BY: _____
JOHN F. MARTIN
of the firm of MEACHUM & MARTIN