## ORDER

This cause coming on for hearing pursuant to the foregoing Stipulation of Dismissal, which is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Complaint is dismissed with prejudice, that the cause of action is dismissed with prejudice, and that each party shall go hence without day, all costs paid, cause settled.

ENTERED:    May 5   , 20 05.

s/ DAVID G. BERNTHAL
_____
UNITED STATES MAGISTRATE JUDGE
DAVID G. BERNTHAL