E-FILED
Thursday, 12 May, 2005 11:13:06 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE:    May 11, 2005

TO:      John M. Waters
         United States District Court
         Central District of Illinois
         Suite 218
         201 S. Vine Street
         U.S. Courthouse
         Urbana, IL  61802-3369

**FILED**

MAY 1 2 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

FROM:    Gino J. Agnello, Clerk

RE:      04-3318
         Hansen, Donna v. Cannon, Robert
         03 C 2073, Michael P. McCuskey, Chief Judge

         Herewith is the mandate of this court in this appeal, along
         with the Bill of Costs, if any.  A certified copy of the
         opinion/order of the court and judgment, if any, and any
         direction as to costs shall constitute the mandate.

         [ ] No record filed
         [X] Original record on appeal consisting of:

**ENCLOSED:**                                    **TO BE RETURNED AT LATER DATE:**
         [4]    Volumes of pleadings                    [ ]
         [ ]    Volumes of loose pleadings              [ ]
         [ ]    Volumes of transcripts                  [ ]
         [ ]    Volumes of exhibits                     [ ]
         [ ]    Volumes of depositions                  [ ]
         [ ]    In Camera material                      [ ]
         [ ]    Other_____          [ ]

                Record being retained for use           [ ]
                in Appeal No. _____

         Copies of this notice sent to:    Counsel of record
         [ ]    United States Marshal
         [ ]    United States Probation Office

**NOTE TO COUNSEL:**
         If any physical and large documentary exhibits have been filed in
         the above-entitled cause, they are to be withdrawn ten days from the
         date of this notice.  Exhibits not withdrawn during this period will
         be disposed of.

         Please acknowledge receipt of these documents on the enclosed copy
         of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

         Received above mandate and record, if any, from the Clerk, U.S.
         Court of Appeals for the Seventh Circuit.

Date:    5/12/05                              s/V. Ball
(1071-120397)                                 Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

CERTIFIED COPY

JUDGMENT- WITHOUT ORAL ARGUMENT

Date: April 19, 2005

BEFORE:  Honorable WILLIAM J. BAUER, Circuit Judge

Honorable RICHARD A. POSNER, Circuit Judge

Honorable FRANK H. EASTERBROOK, Circuit Judge

No. 04-3318

DONNA HANSEN and ROBERT W. HANSEN,
        Plaintiffs - Appellants

  v.

ROBERT CANNON, SERGEANT AUTERMAN, CHARLES WOLFE, et al.,
        Defendants - Appellees

Appeal from the United States District Court for the
Central District of Illinois
No. 03 C 2073, Michael P. McCuskey, Chief Judge

    The award of costs is VACATED. The above is in accordance with the decision of this court entered on this date.

(1060-110393)

UNPUBLISHED ORDER
Not to be cited per Circuit Rule 53

CERTIFIED COPY

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted April 8, 2005
Decided April 19, 2005

Before

Hon. William J. Bauer, *Circuit Judge*

Hon. Richard A. Posner, *Circuit Judge*

Hon. Frank H. Easterbrook, *Circuit Judge*

No. 04-3318

| | |
|---|---|
| DONNA HANSEN and ROBERT W. HANSEN,<br>    Plaintiffs-Appellants, | Appeal from the United States District Court for the Central District of Illinois. |
| *v.* | No. 03 C 2073 |
| ROBERT CANNON, SERGEANT AUTERMAN, CHARLES WOLFE, et al.,<br>    Defendants-Appellees. | Michael P. McCuskey, *Chief Judge.* |

ORDER

Back in April 2004, the district court, having awarded judgment to the defendants, awarded court costs to them. The plaintiffs sought reconsideration of the award of costs, which the district court turned down in August of that year. In November, we affirmed the judgment for the defendants in part and reversed in part. Before us now is the plaintiffs' appeal from the denial of their motion for reconsideration. None of the parties seems aware that the award of costs fell with our reversal. The district court should make a new award after the proceedings on remand are complete.

The award of costs is therefore

VACATED.