
E-FILED
Tuesday, 16 September, 2008  03:56:02 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**PAMELA E. ROBINSON**
CLERK OF COURT

**OFFICE OF THE CLERK**
218 U.S. COURTHOUSE
201 SOUTH VINE STREET
URBANA, ILLINOIS 61802

TEL: 217.373.5830
FAX: 217.373.5834

September 16, 2008

Brian A. Dampier
UNIVERSITY OF ILLINOIS
 COLLEGE OF LAW
Law Bldg. Civil Litigation
Room 241
504 E Pennsylvania Ave.
Champaign, IL 61820

Scott E. Kording
CAMPBELL & KORDING LTD.
Suite 350
102 S East St.
Bloomington, IL 61701

John F. Martin
MEACHUM & MARTIN
110 N Vermilion
Danville, IL 61832

RE: Hansen, et al v Cannon et al
CASE NO. 03-2073

Dear Counsel of Record:

     The Clerk for the Central District of IL has in its possession the following exhibits: Plaintiff's exhibits 1, 2, 3, 4, 7, 8, and 10.

     If counsel wishes to have any of the exhibits returned, please notify the Clerk within ten (10) days, by September 30, 2008. Counsel is responsible for retrieving the exhibits.  If the Clerk has not heard from counsel, the Clerk will shred all exhibits.

                    Sincerely,

                    s/Pamela E. Robinson
                    PAMELA E. ROBINSON, CLERK
                    U. S. DISTRICT COURT

PER/vlb